KUTAK ROCK LLP

PAUL F. DONSBACH, # 7108-0
CHRISTOPHER D. GLOS, *Pro Hac Vice*
18201 Von Karman Avenue
Suite 1100
Irvine, California  92612-1077
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
E-mail:  paul.donsbach@kutakrock.com

KESSNER, DUCA, UMEBAYASHI, BAIN
& MATSUNAGA

ELTON JOHN BAIN          #2443-0
E. MASON MARTIN, III     #7295-0
19th Floor Central Pacific Plaza
220 South King Street
Honolulu, Hawaii  96813
Telephone: (808) 536-1900
Facsimile:  (808) 529-7177
E-mail:     mmartin@kdubm.com

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)



ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 2 2005

at 1 o'clock and 23 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>           Plaintiff,<br>v.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>           Defendant. | CIVIL CASE NO.  CV 02-00159 HG-BMK<br><br>**PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MEMORANDUM IN OPPOSITION TO THE DOCTORS' COMPANY'S MOTION TO VACATE JUDGMENT AND DISMISS COMPLAINT**<br><br>**HEARING**<br>Date:  January 9, 2006<br>Time:  10:30 a.m.<br>Judge:  Hon. Helen Gillmor<br><br>Judgment:  February 13, 2004<br>Affirmed:  May 26, 2005 |

Plaintiff Reliance Insurance Company (in Liquidation) ("Reliance"), by and through its attorneys of record, hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following in support of Reliance's Memorandum in Opposition to The Doctors' Company's Motion to Vacate Judgment and Dismiss Complaint:

1. August 9, 2002 hearing transcript on TDC's Motion to Dismiss Complaint. Attached hereto as Exhibit 1;

2. TDC's Civil Appeals Docketing Statement filed on or about March 12, 2004 with the Ninth Circuit Court of Appeals. Attached hereto as Exhibit 2;

3. TDC's Opening Brief to the Ninth Circuit Court of Appeals filed on or about August 5, 2004. Attached hereto as Exhibit 3;

4. TDC's Reply Brief to the Ninth Circuit Court of Appeals filed on or about November 1, 2004. Attached hereto as Exhibit 4; and

5. Ninth Circuit Judgment and Memorandum affirming the United States District Court for the District of Hawaii's judgment filed on or about July 18, 2005. Attached hereto as Exhibit 5.

DATED: December 21, 2005                KUTAK ROCK LLP

                                        By: _____
                                        Paul E. Donsbach
                                        Christopher D. Glos
                                        Attorneys for Plaintiff
                                        RELIANCE INSURANCE COMPANY
                                        (IN LIQUIDATION)

- 1 -