

A-11 (rev. 5/00)

Page 1 of 2
USCA DOCKET # (IF KNOWN)



# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation, Plaintiff, vs. THE DOCTORS' COMPANY, a California corporation, Defendant. | DISTRICT: Hawaii | JUDGE: Helen Gillmor |
|---|---|---|
| | DISTRICT COURT NUMBER: Civ. #02-00159 HG-BMK | |
| | DATE NOTICE OF APPEAL FILED: | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:** Suit by excess insurance carrier against primary insurance carrier for, inter alia, subrogation, seeking reimbursement of funds paid to settle underlying medical malpractice case. Summary judgment granted in favor of Plaintiff.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Whether the district court committed reversible error in granting Plaintiff's motion for summary judgment and dismissing Defendant's counterclaim in setoff.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):** N/A

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☒ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
(Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program
_____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

EXHIBIT 2
PAGE 19

| | | | Page 2 of 2 |
|---|---|---|---|
| **LOWER COURT INFORMATION** | | | |
| **JURISDICTION** | | **DISTRICT COURT DISPOSITION** | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ ORDER APPEALED | RELIEF |
| ☐ Federal Question<br>☒ Diversity<br>☐ Other (Specify): | ☒ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☐ Default Judgment<br>☐ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☐ Summary Judgment<br>☒ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☐ Judgment as a Matter of Law<br>☐ Other (Specify): | ☒ Damages:<br>Sought $ 2,000,000<br>Awarded $ 2,000,000<br>☐ Injunctions:<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted<br>☐ Denied<br><br>☒ Attorney Fees:<br>Sought $<br>Awarded $<br>☒ Pending<br>☐ Costs: $ |

**CERTIFICATION OF COUNSEL**

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

| _[signature]_ | MAR 1 2 2004 |
|---|---|
| Signature | Date |

**COUNSEL WHO COMPLETED THIS FORM**

NAME: DAROLYN HATSUKO LENDIO  3577-0
FIRM: McCorriston Miller Mukai MacKinnon LLP
ADDRESS: 500 Ala Moana Blvd., Five Waterfront Plaza, 4th Floor
E-MAIL: lendio@m4law.com
TELEPHONE: (808) 529-7300
FAX: (808) 524-8293

✴ This Document Should Be Filed in The District Court With The Notice of Appeal ✴
✴ If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals ✴

EXHIBIT 2
PAGE 20