UNITED STATES COURT OF APPEALS

FILE COPY

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RELIANCE INSURANCE CO., (in liquidation), a Pennsylvania corporation, <br><br>     Plaintiff-counter-defendant - Appellee, <br><br> v. <br><br> THE DOCTORS COMPANY, <br><br>     Defendant-counter-claimant - Appellant. | No.  04-15558 <br> D.C. No.  CV-02-00159-HG <br><br><br><br> **JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 8 2005

at __1__ o'clock and __02__ min. __P__ M
SUE BEITIA, CLERK

| | |
|---|---|
| RELIANCE INSURANCE CO., (in liquidation), a Pennsylvania corporation, <br><br>     Plaintiff-counter-defendant - Appellant, <br><br> v. <br><br> THE DOCTORS COMPANY, <br><br>     Defendant-counter-claimant - Appellee. | No.  04-15598 <br> D.C. No.  CV-02-00159-HG <br><br><br><br> **JUDGMENT** |

    Appeal from the United States District Court for the District of Hawaii (Honolulu).

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly

EXHIBIT 5
PAGE 153

submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 05/26/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

**JUL 1 3 2005**

by: *Ruben Talavera*
Deputy Clerk

EXHIBIT 5
PAGE 154

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

**MAY 26 2005**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RELIANCE INSURANCE CO. (in liquidation), a Pennsylvania corporation,<br><br>  Plaintiff-counter-defendant - Appellant, Cross-Appellee<br>v.<br><br>THE DOCTORS' COMPANY,<br><br>  Defendant-counter-claimant - Appellee. Cross-Appellant | No. 04-15558<br>  04-15598<br><br>D.C. No. CV-02-00159-HG<br><br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Helen Gilmor, District Judge, Presiding

Argued and Submitted May 10, 2005
Honolulu, Hawaii

Before: DW NELSON, KOZINSKI, and CALLAHAN, Circuit Judges.

1. The district court did not err in dismissing TDC's counterclaim of setoff

on abstention principles under *Burford v. Sun Oil Co.*, 319 U.S. 315 (1943). *See*

*City of Tucson v. U.S. West Communications, Inc.*, 284 F.3d 1128, 1133 (9th Cir.

2002).

---

\*  This disposition is not appropriate for publication and may not be cited to
or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

EXHIBIT 5
PAGE 155

2. The district court did not err in granting summary judgment to Reliance on its claim for subrogation. The Straub Clinic and Drs. Kubota and Pearce, as parties to the settlement, were "legally obligated to pay" the settlement amount as "damages" within the meaning of the TDC policy; and by settling, TDC could not overcome the presumption of equal fault established by Hawaii law. *See* Hawaii Rev. Stat. §§ 663-12, -17.

3. The district court did not abuse its discretion in denying TDC's motion for reconsideration. *See* Fed. R. Civ. P. 60(b); *see also Maraziti v. Thorpe*, 52 F.3d 252, 253 (9th Cir. 1995).

4. Reliance's Motion for Judicial Notice is granted. *See* Fed. R. Evidence 201.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 1 3 2005

by: Ruben Talavera
Deputy Clerk

2

EXHIBIT 5
PAGE 156