KESSNER DUCA UMBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

ELTON JOHN BAIN        2443-0
E. MASON MARTIN III    7295-0
Central Pacific Plaza, 19th Floor
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177

and

PAUL F. DONSBACH        7108-0
CHRISTOPHER D. GLOS
*Pro Hac Vice* Pending
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 22 2005

at \_\_ o'clock and \_\_ min. \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOCTORS' COMPANY, a California Corporation,<br><br>Defendant. | ) CIVIL NO. CV-02-00159-HG-BMK<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of:

1. Memorandum in Opposition to the Doctor's Company's Motion to Vacate Judgment and Dismiss Complaint;

2. Plaintiff Reliance Insurance Company's (In Liquidation) Objections to Evidence Submitted By The Doctor's Company In Support of It's Motion to Vacate Judgment and Dismiss Complaint;

3. Plaintiff Reliance Insurance Company's (In Liquidation) Request for Judicial Notice in Support of Its Memorandum in Opposition to The Doctor's Company's Motion to Vacate Judgment and Dismiss Complaint; and

4. Declaration of Christopher D. Glos In Support of Reliance Insurance Company's (In Liquidation) Opposition To The Doctors' Company's Motion to Vacate Judgment and Dismiss Complaint.

was duly served on the individual(s) listed below at her last known address by *Hand-Delivery* on 12/22/05.

Darolyn H. Lendio, Esq.
McCorriston Miho Miller Mukai
Five Waterfront, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

and

Kenneth Robbins, Esq.
Robbins & Associates
Davies Pacific Ctr.
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
THE DOCTORS' COMPANY

DATED:   Honolulu, Hawaii,   12/22/05

*[signature]*
ELTON JOHN BAIN
E. MASON MARTIN III

   and

PAUL F. DONSBACH
CHRISTOPHER D. GLOS

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)