IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>Defendant. | CIVIL NO. CV02-00159 HG BMK<br><br>DECLARATION OF KENNETH S. ROBBINS |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated therein.

1. I am an attorney licensed to practice in all courts in the state of Hawaii.

2. I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated therein.

3. I am one of the attorneys for Defendant THE DOCTORS' COMPANY in the above-captioned matter.

4. Attached hereto in support of Defendant The Doctors' Company's Memorandum in Opposition to Plaintiff Reliance Insurance Company's (In Liquidation) Motion to Satisfy Judgment and Enforce Supersedeas Bond and for Attorneys' Fees in the Amount of $5,775.00 is a copy of the Declaration of Devin O'Brien, the original of which will be filed with the Court upon its receipt.

5. Attached hereto as Exhibit "C" is a true and accurate copy of the Order Granting Plaintiff's Motion for Dismissal of Counterclaim for Set Off filed June 17, 2003.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, ___DEC 22 2005___.

_____
KENNETH S. ROBBINS

Civil No. CV02-00159 HG BMK; <u>Reliance v. The Doctors' Company</u>;
DECLARATION OF KENNETH S. ROBBINS

128051-1                                    2