IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation, ) ) ) | CIVIL NO.  CV02-00159 HG BMK |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE DOCTORS' COMPANY, a California corporation, ) ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct

copy of the foregoing document shall be duly served upon the

following individuals via hand delivery (HD) and/or via U.S. Postal

Mail, postage prepaid (M), to their last known business address on

the date of filing:

ELTON JOHN BAIN, ESQ.                    (HD)
E. MASON MARTIN III, ESQ.
Kessner Duca Umebayashi Bain
 & Matsunaga
Central Pacific Plaza, 19th Floor
220 South King Street
Honolulu, Hawaii  96813

and

PAUL F. DONSBACH, ESQ.                    (M)
CHRISTOPHER D. GLOS, ESQ.
Kutak Rock LLP
18201 Von Karman, Suite 1100
Irvine, CA  92614-1077

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

DATED:   Honolulu, Hawaii, _____   DEC 22 2005   _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO
DAROLYN HATSUKO LENDIO
PHILIP W. MIYOSHI
BECKY T. CHESTNUT

Attorneys for Defendant
THE DOCTORS' COMPANY

Civil No. CV02-00159 HG BMK; Reliance v. The Doctors' Company;
CERTIFICATE OF SERVICE (RE: DEFENDANT THE DOCTORS'
COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF
RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) MOTION
TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND
AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00)

128051-1                                2