FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 03 2006

LODGED

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

DEC 29 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

KUTAK ROCK LLP

PAUL F. DONSBACH, # 7108-0
CHRISTOPHER D. GLOS, *Pro Hac Vice*
18201 Von Karman Avenue
Suite 1100
Irvine, California  92612-1077
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
E-mail:  paul.donsbach@kutakrock.com

KESSNER, DUCA, UMEBAYASHI, BAIN
& MATSUNAGA

ELTON JOHN BAIN            #2443-0
E. MASON MARTIN, III       #7295-0
19th Floor Central Pacific Plaza
220 South King Street
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:   (808) 529-7177
E-mail:       mmartin@kdubm.com

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>           Plaintiff,<br>  v.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>           Defendant. | CIVIL CASE NO.  CV 02-00159 HG-BMK<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON**<br><br>**(1) PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) MOTION TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00; AND**<br><br>**(2) THE DOCTORS COMPANY'S MOTION TO VACATE JUDGMENT AND DISMISS COMPLAINT; AND**<br><br>**PROPOSED ORDER THEREON**<br><br>**Hearing**<br>**Date:  January 9, 2006**<br>**Time:  10:30 a.m.**<br>**Judge:  Hon. Helen Gillmor** |



4828-2158-8480.1/0
1189101-5

Judgment: February 13, 2004
Affirmed:  May 26, 2005

Plaintiff Reliance Insurance Company (in Liquidation) ("Reliance") and

Defendant The Doctors' Company ("TDC"), by and through their respective

undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Reliance's Motion to Satisfy Judgment and Enforce

Supersedeas Bond and for Attorneys' Fees in the Amount of $5,775.00 is

scheduled for hearing on January 9, 2006 at 10:30 a.m.

WHEREAS TDC's Motion to Vacate Judgment and Dismiss Complaint is

also scheduled for hearing on January 9, 2006 at 10:30 a.m.

WHEREAS the parties are discussing a possible resolution of the disputed

issues presented in the foregoing Motions.

WHEREAS the parties believe that a ninety (90) day continuance of the

hearing on the foregoing Motions and the deadline for the parties' Reply briefs

would facilitate the parties' discussions concerning a possible resolution.

IT IS THEREFORE STIPULATED AND AGREED that the hearing on

(1) Plaintiff Reliance Insurance Company's (In Liquidation) Motion to Satisfy

Judgment and Enforce Supersedeas Bond and for Attorneys' Fees in the Amount

of $5,775.00 and (2) The Doctors Company's Motion to Vacate Judgment and

Dismiss Complaint, both set on January 9, 2006 at 10:30 a.m. before the Honorable

continued to April 10, 2006 at 10:30 a.m. or a subsequent date that is convenient to the Court's calendar.

IT IS FURTHER STIPULATED AND AGREED that each party's Reply brief concerning the foregoing Motions shall be filed and served no later than eleven (11) calendar days before the continued hearing date.

DATED:  December 2̶7̶, 2005

KESSNER, DUCA, UMEBAYASHI, BAIN & MATSUNAGA

By: _____

ELTON JOHN BAIN
E. MASON MARTIN, III
KAPONO F.H. KIAKONA
 Attorneys for Plaintiff
RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

DATED:  December 28, 2005

MCCORRISTON MILLER MUKAI
MACKINNON LLP

By: _____

DAROLYN H. LENDIO
PHILIP W. MIYOSHI
BECKY CHESTNUT
 Attorneys for Defendant
THE DOCTORS' COMPANY

DATED:  December 28, 2005

ROBBINS & ASSOCIATES

By: _____

KENNETH S. ROBBINS
LEIGHTON H. HARA
WENDY M. YAMAMOTO
 Attorneys for Defendant
THE DOCTORS' COMPANY

## ORDER

The Court hereby continues the hearing on the (1) Plaintiff Reliance Insurance Company's (In Liquidation) Motion to Satisfy Judgment and Enforce Supersedeas Bond and for Attorneys' Fees in the Amount of $5,775.00 and (2) The Doctors Company's Motion to Vacate Judgment and Dismiss Complaint and orders it set for hearing before the Honorable Helen Gillmor as follows:

_____   April 10, 2006 at 10:30 a.m.

_____   _____ [subsequent date convenient to the Court's calendar]

Each party's Reply brief concerning the foregoing Motions shall be filed and served no later than eleven (11) calendar days before the continued hearing date.

Dated: 1\3\06    _____
                 Honorable Helen Gillmor,
                 United States District Judge