IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation, | CIVIL NO. CV02-00159 HG BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| THE DOCTORS' COMPANY, a California corporation, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following persons, at their last known addresses, by U.S. Mail, postage prepaid on the date filed:

ELTON JOHN BAIN, ESQ.
E. MASON MARTIN III, ESQ.
Kessner Duca Umebayashi Bain & Matstunaga
Central Pacific Plaza, 19th Floor
220 South King Street
Honolulu, Hawaii  96813

and

PAUL F. DONSBACH, ESQ.
CHRISTOPHER D. GLOS, ESQ.
Kutak Rock LLP
18201 Von Karman, Suite 1100
Irvine, California 92614-1077

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

DATED: Honolulu, Hawaii, _____ JAN - 6 2006 _____.

_____
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendant
THE DOCTORS' COMPANY

Civil No. CV02-00159 HG BMK; Reliance Insurance Company v. The Doctors' Company; CERTIFICATE OF SERVICE (RE: SUBMISSION OF THE ORIGINAL DECLARATION OF DEVIN O'BRIEN; EXHIBITS "A"-"B")

2