

KUTAK ROCK LLP

PAUL F. DONSBACH, # 7108-0
CHRISTOPHER D. GLOS, *Pro Hac Vice*
18201 Von Karman Avenue
Suite 1100
Irvine, California 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
E-mail: paul.donsbach@kutakrock.com

KESSNER, DUCA, UMEBAYASHI, BAIN
& MATSUNAGA

ELTON JOHN BAIN       #2443-0
E. MASON MARTIN, III   #7295-0
19th Floor Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177
E-mail:   mmartin@kdubm.com

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY (IN
LIQUIDATION)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at 4 o'clock and 00 min __ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>            Plaintiff,<br>v.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>            Defendant. | CIVIL CASE NO. CV 02-00159 HG-BMK<br><br>**PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY TO THE DOCTORS' COMPANY'S OPPOSITION TO RELIANCE'S MOTION TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>**HEARING**<br>Date:  April 10, 2006<br>Time:  8:30 a.m.<br>Judge: Hon. Helen Gillmor |

4825-4850-5856.1/0

Plaintiff Reliance Insurance Company (in Liquidation) ("Reliance"), by and through its attorneys of record, hereby requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following in support of Reliance's Reply to the The Doctors' Company's Opposition to Reliance's Motion to Satisfy Judgment and Enforce Supersedeas Bond and for Attorneys' Fees in the Amount of $5,775.00:

1. Ninth Circuit Court of Appeals' Order granting Reliance attorneys' fees in the amount of $86,663 entered on March 23, 2006, and attached hereto as Exhibit "A".

DATED: March 30, 2006        KUTAK ROCK LLP

By: *E. Mason Martin III* (signature)
E. Mason Martin, III
Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)