KESSNER DUCA UMBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

ELTON JOHN BAIN        2443-0
E. MASON MARTIN III    7295-0
Central Pacific Plaza, 19th Floor
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177

   and

PAUL F. DONSBACH         7108-0
CHRISTOPHER D. GLOS
*Pro Hac Vice* Pending
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania Corporation, | ) CIVIL NO. CV-02-00159-HG-BMK ) ) **CERTIFICATE OF SERVICE** ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| THE DOCTORS' COMPANY, a California Corporation, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was duly served on the individual(s) listed below at her last known address by mail on  3/30/06  .

      Darolyn H. Lendio, Esq.
      McCorriston Miho Miller Mukai
      Five Waterfront, 4th Floor
      500 Ala Moana Boulevard
      Honolulu, Hawaii 96813

      and

      Kenneth Robbins, Esq.
      Robbins & Associates
      Davies Pacific Ctr.
      841 Bishop Street, Suite 2200
      Honolulu, Hawaii 96813

      Attorneys for Defendant
      THE DOCTORS' COMPANY

DATED:    Honolulu, Hawaii,  3/30/06 

_E. Mason Martin III_
ELTON JOHN BAIN
E. MASON MARTIN III

      and

      PAUL F. DONSBACH
      CHRISTOPHER D. GLOS

      Attorneys for Plaintiff
      RELIANCE INSURANCE COMPANY
      (IN LIQUIDATION)