# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 10, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       02-00159HG-BMK

CASE NAME:         RELIANCE INSURANCE COMPANY (in Liquidation), a
                   Pennsylvania corporation vs. THE DOCTORS COMPANY, a
                   California Corporation

ATTYS FOR PLA:     E. Mason Martin, III

ATTYS FOR DEFT:    Kenneth S. Robbins
                   Leighton H. Hara
                   Attorney for the Doctors company

INTERPRETER:

---

JUDGE:   Helen Gillmor          REPORTER:    Sharon Ross

DATE:    April 10, 2006          TIME:        8:30 - 8:40

---

COURT ACTION:

-       PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION)
        MOTION TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND
        AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00 -

-       DEFENDANT THE DOCTORS COMPANY'S MOTION TO VACATE
        JUDGMENT AND DISMISS COMPLAINT -

        At the hearing, the parties informed the Court that they have reached an agreement
as to all pending issues in this action.

        After the hearing, the parties provided the Court with an executed Agreement of
the Parties, dated April 10, 2006, and with evidence of the wire transfer confirming that
The Doctor's Company has transferred the funds at issue into escrow.

Submitted by: David H. Hisashima, Courtroom Manager
cc:     Above counsel and Judge Gillmor's chambers