not withdraw mtn to vacate judgment

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS 1000-0
LEIGHTON M. HARA          7826-0
WENDY M. YAMAMOTO         8049-0
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

MCCORRISTON MILLER MUKAI MACKINNON LLP

DAROLYN H. LENDIO         #3577-0
BECKY T. CHESTNUT         #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail:  lendio@m4law.com

Attorneys for Defendant
THE DOCTORS' COMPANY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation, <br><br>             Plaintiff, <br><br>         v. | CIVIL NO. CV02-00159 HG BMK <br><br> NOTICE OF WITHDRAWAL OF DEFENDANT THE DOCTORS' COMPANY'S MOTION TO VACATE JUDGMENT AND DISMISS COMPLAINT, FILED DECEMBER 9, |

|  |  |  |
|---|---|---|
| THE DOCTORS' COMPANY, a<br>California corporation,<br><br>                Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2005; CERTIFICATE OF SERVICE<br><br><u>HEARING</u><br>DATE:     April 10, 2006<br>TIME:     8:30 a.m.<br>JUDGE:   Helen Gillmor |

NOTICE OF WITHDRAWAL OF DEFENDANT THE DOCTORS'
COMPANY'S MOTION TO VACATE JUDGMENT AND
<u>DISMISS COMPLAINT, FILED DECEMBER 9, 2005</u>

      COMES NOW Defendant The Doctors' Company ("TDC"), by and through its attorneys, Robbins & Associates, and hereby withdraws its Motion to Vacate Judgment and Dismiss Complaint filed December 9, 2005 and which was set for hearing before the Honorable Helen Gillmor, Judge of the United States District Court for the District of Hawaii, United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on April 10, 2006 at 8:30 a.m.

      DATED: Honolulu, Hawaii, May 31, 2006.

                                        <u>/s/ Kenneth S. Robbins             </u>
                                      KENNETH S. ROBBINS
                                      LEIGHTON M. HARA
                                      WENDY M. YAMAMOTO

                                      Attorneys for Defendant
                                      THE DOCTORS' COMPANY