IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>                    Defendant.<br>_____ | ) CIVIL NO. CV02-00159 HG BMK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

ELTON JOHN BAIN, ESQ.
jbain@kdubm.com

EWING M. MARTIN, III, ESQ.
mmartin@kdubm.com

Served by First Class Mail:

PAUL F. DONSBACH, ESQ.
CHRISTOPHER D. GLOS, ESQ.
Kutak Rock LLP
18201 Von Karman, Suite 1100
Irvine, California 92614-1077

DATED: Honolulu, Hawaii, May 31, 2006.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO

Attorneys for Defendant
THE DOCTORS' COMPANY

Civil No. CV02-00159 HG BMK; Reliance Insurance Company v. The Doctors' Company; CERTIFICATE OF SERVICE (RE: DEFENDANT THE DOCTORS' COMPANY'S NOTICE OF WITHDRAWAL OF DEFENDANT THE DOCTORS' COMPANY'S **MOTION TO VACATE JUDGMENT AND DISMISS COMPLAINT** FILED DECEMBER 9, 2005)