KUTAK ROCK LLP

PAUL F. DONSBACH, # 7108-0
CHRISTOPHER D. GLOS, *Pro Hac Vice*
18201 Von Karman Avenue
Suite 1100
Irvine, California 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
E-mail: paul.donsbach@kutakrock.com

KESSNER, DUCA, UMEBAYASHI, BAIN
& MATSUNAGA

ELTON JOHN BAIN         #2443-0
E. MASON MARTIN III     #7295-0
19th Floor Central Pacific Plaza
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177
E-mail:   mmartin@kdubm.com

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania corporation,<br><br>        Plaintiff,<br>v.<br><br>THE DOCTORS' COMPANY, a California corporation,<br><br>        Defendant. | CIVIL CASE NO. CV 02-00159 HG-BMK<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) MOTION TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00**, FILED ON NOVEMBER 9, 2005; **CERTIFICATE OF SERVICE** |

### NOTICE OF WITHDRAWAL OF PLAINTIFF RELIANCE INSURANCE COMPANY'S (IN LIQUIDATION) MOTION TO SATISFY JUDGMENT AND ENFORCE SUPERSEDEAS BOND AND FOR ATTORNEYS' FEES IN THE AMOUNT OF $5,775.00, FILED ON NOVEMBER 9, 2005

COMES NOW Plaintiff Reliance Insurance Company (in Liquidation) ("Reliance"), by and through its attorneys, Kessner Duca Umebayashi Bain & Matsunaga, and hereby withdraws its Motion to Satisfy Judgment and Enforce Supersedeas Bond and for Attorneys' Fees in the Amount of $5,775.00, filed on November 9, 2005, and which was set for hearing on January 9, 2006 at 10:30 a.m. beore the Honorable Helen Gillmor, Judge of the United States District Court for the District of Hawaii, in her courtroom at the United States Courthouse, Prince Kuhio Federal Building, 300 Ala Moana boulevard, Honolulu, Hawaii.

DATED: May 31, 2006

KESSNER, DUCA, UMEBAYASHI, BAIN & MATSUNAGA

By: _____
ELTON JOHN BAIN
E. MASON MARTIN III
Attorneys for Plaintiff
RELIANCE INSURANCE
COMPANY (IN LIQUIDATION)

KESSNER DUCA UMBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

ELTON JOHN BAIN         2443-0
E. MASON MARTIN III     7295-0
Central Pacific Plaza, 19th Floor
220 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 536-1900
Facsimile: (808) 529-7177

   and

PAUL F. DONSBACH           7108-0
CHRISTOPHER D. GLOS
*Pro Hac Vice* Pending
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RELIANCE INSURANCE COMPANY (IN LIQUIDATION), a Pennsylvania Corporation, | ) CIVIL NO. CV-02-00159-HG-BMK )<br>) **CERTIFICATE OF SERVICE** |
| Plaintiff, | ) |
| vs. | ) |
| THE DOCTORS' COMPANY, a California Corporation, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of foregoing was duly served on the individual(s) listed below at her last known address by *Hand-Delivery* on ___5/31/06___.

Darolyn H. Lendio, Esq.
McCorriston Miho Miller Mukai
Five Waterfront, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

and

Kenneth Robbins, Esq.
Robbins & Associates
Davies Pacific Ctr.
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813

Attorneys for Defendant
THE DOCTORS' COMPANY

DATED:   Honolulu, Hawaii, ___5/31/06___

_____
ELTON JOHN BAIN
E. MASON MARTIN III

and

PAUL F. DONSBACH
CHRISTOPHER D. GLOS

Attorneys for Plaintiff
RELIANCE INSURANCE COMPANY
(IN LIQUIDATION)

2